# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-20279-JBS |
| | § | |
| BARBARA HEUSER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/27/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/03/2013                 By:  /s/ David P. Leibowitz
                                              (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-20279-JBS |
|---|---|---|
| | § | |
| BARBARA HEUSER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $2,000.00
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $2,000.00

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $2,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $500.00 | $0.00 | $500.00 |
| David P. Leibowitz, Trustee Expenses | $3.36 | $0.00 | $3.36 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |
| Lakelaw, Attorney for Trustee Expenses | $12.15 | $0.00 | $12.15 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $0.00 | $293.00 |

Total to be paid for chapter 7 administrative expenses: $1,308.51
Remaining balance: $691.49

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $691.49 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,592.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Internal Revenue Service | $7,592.53 | $0.00 | $691.49 |

|  | Total to be paid to priority claims: | $691.49 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $18,154.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $2,001.12 | $0.00 | $0.00 |
| 2 | Discover Bank | $2,860.31 | $0.00 | $0.00 |
| 3a | Internal Revenue Service | $302.20 | $0.00 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | $11,702.81 | $0.00 | $0.00 |
| 6 | Portfolio Recovery Associates, LLC US Bank NA/Rei Visa | $1,288.31 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                        Case No. 12-20279-JBS
Barbara Heuser                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez              Page 1 of 2           Date Rcvd: Jun 05, 2013
                              Form ID: pdf006           Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2013.
```
db           +Barbara Heuser,    617 N. Prospect Manor Ave.,    Mount Prospect, IL 60056-2049
18926488     +Bank Of America, N.a.,    4161 Piedmont Parkway,    Greensboro, NC 27410-8119
18926487     +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
20311686      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC 28272-1083
18926490     +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18926492      Dorothy Finley,    1206 S. Willke,    Arlington Heights, IL 60005
18926493     +Erik Heuser,    3705 E Donald Drive,    Phoenix AZ 85050-7368
18926494     +Freedman Anselmo Lindberg & Rappe,    P.O. Box 3228,    Naperville, IL 60566-3228
18926495    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60601)
18926497      Michael & Suzette Jarema,    16317 NW 15th Ave.,    Pembroke Pines, FL 33028-1321
18926498     +Optimum Physical Therapy Inc.,    9301 W. Golf Rd., Ste 204,    Des Plaines, IL 60016-1687
19728567    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    US Bank NA/Rei Visa,
               by PRA Receivables Mgmt,    POB 41067,    Norfolk VA 23541)
18926499     +Pierce & Associates,    1 North Dearborn, 13th Floor,    Chicago, IL 60602-4321
18926500     +Robert W. Heuser, Jr.,    205 N. Prospect Manor Ave.,    Mount Prospect, IL 60056-2331
18926501     +Tim Heuser,    617 N. Prospect Manor Ave.,    Mount Prospect, IL 60056-2049
18926502      Us Bank/na Nd,    Cb Disputes,    Saint Louis, MO 63166
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19714845     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 06 2013 02:08:31
               Capital One Auto Finance,    a division of Capital One, N.A.,    PO Box 201347,
               Arlington, TX 76006-1347
18926489     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 06 2013 00:53:19
               Capital One Auto Finance,    3905 N Dallas Pkwy,    Plano, TX 75093-7892
18951400     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 06 2013 02:05:12
               Capital One Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
               Arlington, TX 76006-1347
19496326      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2013 00:58:07    Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK 73124-8839
19416473      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 06 2013 01:00:25    Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18926491     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 06 2013 01:00:25    Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18926496      E-mail/Text: cio.bncmail@irs.gov Jun 06 2013 00:48:11    Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 07, 2013**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dgomez             Page 2 of 2            Date Rcvd: Jun 05, 2013
                              Form ID: pdf006          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2013 at the address(es) listed below:

        David P Leibowitz, ESQ    dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        David P Leibowitz, ESQ     on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Douglas W. Worrell    on behalf of Debtor Barbara  Heuser bk@thelawoffice.us, dartanion1600@gmail.com
        Jonathan T Brand    on behalf of Plaintiff David P Leibowitz  Trustee jbrand@lakelaw.com, ECF@lakelaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Rocio  Herrera    on behalf of Creditor   Bank of America, N.A. rocio@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com

                                                                                                                                                                                                                                        TOTAL: 6