**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-20279-JBS |
| | § | |
| BARBARA HEUSER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $228,759.00 | Assets Exempt: | $44,561.00 |
| Total Distributions to Claimants: | $691.49 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,308.51 | | |

3)      Total gross receipts of $2,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $203,512.00 | $5,663.96 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,308.51 | $1,308.51 | $1,308.51 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $7,450.00 | $7,592.53 | $7,592.53 | $691.49 |
| General Unsecured Claims (from **Exhibit 7**) | $53,012.95 | $18,154.75 | $18,154.75 | $0.00 |
| **Total Disbursements** | $263,974.95 | $32,719.75 | $27,055.79 | $2,000.00 |

4).  This case was originally filed under chapter 7 on 05/17/2012.  The case was pending for 17 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2013                    By:    /s/ David P. Leibowitz

                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 12-01477 Leibowitz Trustee v. Jarema et al | 1141-000 | $2,000.00 |
| **TOTAL GROSS RECEIPTS** | | $2,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One Auto Finance | 4110-000 | $6,373.00 | $5,663.96 | $0.00 | $0.00 |
| | Bank Of America, N.a. | 4110-000 | $173,413.00 | NA | $0.00 | $0.00 |
| | Bank Of America, N.a. | 4110-000 | $23,726.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $203,512.00 | $5,663.96 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $500.00 | $500.00 | $500.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.36 | $3.36 | $3.36 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $293.00 | $293.00 | $293.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $500.00 | $500.00 | $500.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $12.15 | $12.15 | $12.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,308.51 | $1,308.51 | $1,308.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Internal Revenue Service | 5800-000 | $5,000.00 | $7,592.53 | $7,592.53 | $691.49 |
| | Illinois Department of Revenue | 5800-000 | $450.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $2,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,450.00 | $7,592.53 | $7,592.53 | $691.49 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $1,679.00 | $2,001.12 | $2,001.12 | $0.00 |
| 2 | Discover Bank | 7100-900 | $2,513.00 | $2,860.31 | $2,860.31 | $0.00 |
| 3a | Internal Revenue Service | 7100-000 | NA | $302.20 | $302.20 | $0.00 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $11,073.00 | $11,702.81 | $11,702.81 | $0.00 |
| 6 | Portfolio Recovery Associates, LLC US Bank NA/Rei Visa | 7100-900 | $1,468.00 | $1,288.31 | $1,288.31 | $0.00 |
| | Capital One, N.a. | 7100-000 | $12,313.00 | NA | NA | $0.00 |
| | Dorothy Finley | 7100-000 | $8,500.00 | NA | NA | $0.00 |
| | Erik Heuser | 7100-000 | $2,100.00 | NA | NA | $0.00 |
| | Michael & Suzette Jarema | 7100-000 | $8,000.00 | NA | NA | $0.00 |
| | Optimum Physical Therapy Inc. | 7100-000 | $4,766.95 | NA | NA | $0.00 |
| | Robert W. Heuser, Jr. | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Tim Heuser | 7100-000 | $600.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $53,012.95 | $18,154.75 | $18,154.75 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 12-20279-JBS | |
| **Case Name:** | HEUSER, BARBARA | |
| **For the Period Ending:** | 10/14/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 05/17/2012 (f) |
| **§341(a) Meeting Date:** | 07/19/2012 |
| **Claims Bar Date:** | 11/27/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 617 N. Prospect Manor Ave., Mt. Prospect, IL 60056 (zillow valuation is 190,000) | $210,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 3 | Parkway Bank savings acct | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Parkway Bank checking. | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. household goods & furnishings | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | Thimble collection and some pewter figurines. | $250.00 | $0.00 | | $0.00 | FA |
| 7 | Misc. clothing and wearing apparel. | $300.00 | $0.00 | | $0.00 | FA |
| 8 | Misc costume jewelry | $100.00 | $0.00 | | $0.00 | FA |
| 9 | 20 Ga. Ithaca shot gun. | $100.00 | $0.00 | | $0.00 | FA |
| 10 | IRA with Principal Financial Group | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 11 | Maintenance of $700 per month, ex-husband is current in recent payments, but see arrearage below where arrearage has a payment plan. | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Debtor anticipats owing taxes on her 2011 form 1040, mentioned here for informational purposes. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | claim against Ex-Husband Robert W. Heuser, Jr. to have paid some joint debt, but failed to pay. | $11,000.00 | $10,247.00 | | $0.00 | FA |
| 14 | Ex-husband owes maintenance arrearage of approx $26,000 which is being paid at $250 per month | $25,000.00 | $0.00 | | $0.00 | FA |
| 15 | 2007 Hyundai Tucson, 19k miles | $10,000.00 | $0.00 | | $0.00 | FA |
| 16 | 12-01477 Leibowitz Trustee v. Jarema et al | $0.00 | $8,000.00 | | $2,000.00 | FA |

| | | **1** | **2** | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | $273,320.00 | $33,247.00 | | | $2,000.00 | $0.00 |

**Major Activities affecting case closing:**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-20279-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEUSER, BARBARA | Date Filed (f) or Converted (c): | 05/17/2012 (f) |
| For the Period Ending: | 10/14/2013 | §341(a) Meeting Date: | 07/19/2012 |
| | | Claims Bar Date: | 11/27/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

02/28/2013    On October 27, 2011 - debtor paid Suzette and Michael Jarema $8,000.00 - Insider Preferance

Wheels of Chicago valued Hyundaie Tuscon @ $9500.00
Lien $6373.00
Exemptions $3627.00
No Equity

Resolved Adversary Complaint for $2000.00
03/05/2013    Review Claims and Prepare TFR

| | |
|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2013 |
| Current Projected Date Of Final Report (TFR): | |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Case 12-20279   Doc 48   Filed 10/21/13   Entered 10/21/13 09:41:11   Desc Main
Document   Page 7 of 8

Page No: 1

FORM 2
Exhibit 9

CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | | 12-20279-JBS | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | | HEUSER, BARBARA | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | | ******8168 | | | **Checking Acct #:** | | ******7901 |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | | |
| **For Period Beginning:** | | 5/17/2012 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | | 10/14/2013 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/05/2013 | (16) | Suzette M. Jarema & Michael J. Jarema | Settlement of Adv. Case | 1141-000 | $2,000.00 | | $2,000.00 |
| 07/02/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $500.00 | $1,500.00 |
| 07/02/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.36 | $1,496.64 |
| 07/02/2013 | 3003 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 293.00; Amount Allowed: 293.00;  Distribution Dividend: 100.00; | 2700-000 | | $293.00 | $1,203.64 |
| 07/02/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 500.00; Amount Allowed: 500.00;  Distribution Dividend: 100.00; | 3110-000 | | $500.00 | $703.64 |
| 07/02/2013 | 3005 | Lakelaw | Claim #: ; Amount Claimed: 12.15; Amount Allowed: 12.15;  Distribution Dividend: 100.00; | 3120-000 | | $12.15 | $691.49 |
| 07/02/2013 | 3006 | Internal Revenue Service | Claim #: 3; Amount Claimed: 7,592.53; Amount Allowed: 7,592.53;  Distribution Dividend: 9.11; | 5800-000 | | $691.49 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | $2,000.00 | $2,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | | **Subtotal** | $2,000.00 | $2,000.00 | |
| | | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | | **Net** | $2,000.00 | $2,000.00 | |

| For the period of 5/17/2012 to 10/14/2013 | | For the entire history of the account between 03/05/2013 to 10/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,000.00 | Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 | Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,000.00 | Total Compensable Disbursements: | $2,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $2,000.00 | Total Comp/Non Comp  Disbursements: | $2,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-20279-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HEUSER, BARBARA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8168 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 5/17/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,000.00 | $2,000.00 | $0.00 |

**For the period of 5/17/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/17/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ